UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) |
| TIMOTHY and REBECCA COSMAN, | ) CASE NO. 16-81577 |
| | ) |
| Debtor(s). | ) JUDGE THOMAS M. LYNCH |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notified via Electronic filing:    Attorney James Stevens and U.S. Trustee's Office

Notified via U.S. Mail: Chamley, Evans, Froehlich - 44 E. Main St., #310, Champaign, IL 61820


Joseph D. Olsen, Trustee has filed papers with the Court regarding his **Motion to Extend Time**, a copy of which is attached hereto.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then you or your attorney must:

**Attend the hearing on scheduled to be held on the  25th  day of July , 2016 at 9:30 am in courtroom 3100, United States Bankruptcy Court, 327 South Church St., Rockford, IL 61101.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

                                              Joseph D. Olsen, Trustee

                                              By: YALDEN, OLSEN & WILLETTE, his attorneys

                                              By:     s/s   Joseph D. Olsen

Joseph D. Olsen
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on July  14 , 2016 I caused the aforesaid to be served upon all persons to whom it is directed (see attached Service List) by United States Mail by depositing the same in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m.


                                              <u>s/s Gail Schumacher</u>

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TIMOTHY and REBECCA COSMAN, | ) | CASE No. 16-81577 |
| | ) | |
| Debtor(s). | ) | JUDGE THOMAS M. LYNCH |

## MOTION TO EXTEND TIME

The Debtors, Timothy and Rebecca Cosman, by their attorneys, Yalden, Olsen and Willette, by Joseph D. Olsen, pursuant to Rule 9006(b)(1) move for the entry of an Order Extending the filing period within which they may file the Schedules and Statement of Financial Affairs until July 28, 2016 and in support thereof, states as follows:

1. A Petition was filed in June 30, 2016;

2. The attorney representing the Debtors left the next day for the State of Colorado on a vacation and did not return to the office until July 11, 2016;

3. Additional time is needed to complete the Schedules and Statement of Financial Affairs.

4. Granting this Motion will not prejudice any creditor nor the case Trustee.

WHEREFORE, Debtors, Timothy and Rebecca Cosman prays for the entry of an Order extending the time in which they may file their Schedules and Statement of Financial Affairs until July 28, 2016.

Yalden, Olsen & Willette

By: Joseph D. Olsen, Debtor's attorney

By:  s/s   Joseph D. Olsen