UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) Case No. 16-81577 |
| TIMOTHY COSMAN and REBECCA L. COSMAN, | ) |
| Debtors. | ) Hon. Thomas M. Lynch |

## APPEARANCE AND NOTICE FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that JOSEPH P. CHAMLEY, of EVANS, FROEHLICH, BETH & CHAMLEY hereby appears in the above-captioned cases as counsel for BUSEY BANK, and requests that any and all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be served upon him at the following address, and that he be added to any service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

> Joseph P. Chamley
> EVANS, FROEHLICH, BETH & CHAMLEY
> 44 Main Street, Suite 310
> Champaign, IL 61820
> PH: 217/359-6494
> FX: 217/359-6468
> jchamley@efbclaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in these matters, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rule 2002.

Neither this Appearance nor any subsequent pleading, proof of claim or other writing or conduct shall constitute a waiver by the party for which this Appearance has been made of any (a) rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court; (b) rights to trial by jury in any proceeding as to

any and all matters so triable; (c) rights to have the reference in these matters withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All such rights are hereby reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the case

Dated: July 18, 2016                             Respectfully submitted,

                                                                BUSEY BANK,

                                                                BY:   /s/Joseph P. Chamley
                                                                        JOSEPH P. CHAMLEY

Prepared by:
JOSEPH P. CHAMLEY (ARDC# 6224646)
EVANS, FROEHLICH, BETH & CHAMLEY
44 Main Street, Suite 310
Champaign, IL 61820
PH: 217/359-6494
FX: 217/359-6468
jchamley@efbclaw.com